STATE OF NORTH CAROLINA v. BOBBY LEONARD WYNN

No. 7226SC154

(Filed 26 April 1972)

APPEAL by defendant from *McLean, Judge,* 25 October 1971 Schedule "B" Session of Superior Court held in MECKLENBURG County.

Defendant was charged in a bill of indictment, sufficient in form, with the felony of robbery with a dangerous weapon. G.S. 14-87. Defendant pleaded not guilty and was tried by jury.

The State's evidence tended to show:

On 6 August 1971, at about 7:00 p.m., Alfred Dallas Metcalfe, the victim, closed his shoe repair shop and started home. The victim, aged 75, carried a bag with his day's receipts to his car in a nearby parking lot. He was attacked and stabbed by the defendant and an unidentified accomplice, and his money was taken.

Defendant offered evidence tending to show that he was elsewhere at the time of the attack and robbery. The jury returned a verdict of guilty of robbery with a dangerous weapon as charged.

*Attorney General Morgan, by Associate Attorney Payne, for the State.*

*T. O. Stennett for defendant.*

BROCK, Judge.

Defendant's counsel, with appropriate candor, states that he has searched the record and has been unable to discover any matters properly assignable as error. We have reviewed the record and it appears that defendant had a fair trial, free from prejudicial error.

No error.

Judges HEDRICK and VAUGHN concur.